# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
      Plaintiff,
  v.

MARIA GUADALUPE GUERRERO-GODOY,
      Defendant.

**APPEARANCE**

Case Number: 08MJ8176-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARIA GUADALUPE GUERRERO-GODOY

I certify that I am admitted to practice in this court.

| 2/27/2008 | /s/ FRANK M. MANGAN |
|---|---|
| Date | Signature |
| | Frank M. Mangan / Federal Defenders of SD    057689 |
| | Print Name            Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number      Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 27, 2008                    /s/ Frank M. Mangan
                                            FRANK M. MANGAN
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            e-mail: Frank_Mangan@fd.org